# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)

JONES III, JOHN E. | 2. Court or Organization

US COURT-MIDDLE DISTRICT OF PA | 3. Date of Report

05/14/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

US DISTRICT JUDGE | 5a. Report Type (check appropriate type)

☐ Nomination   Date
☐ Initial  ☑ Annual  ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2019
to
12/31/2019 |

| 7. Chambers or Office Address

228 WALNUT STREET
HARRISBURG, PA 17108 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  DIRECTOR | AUBURN GOLF CAR CO. INC. |
| 2.  DIRECTOR | BUNKER HILL GOLF COURSE (CORP) |
| 3.  DIRECTOR | FAIRVIEW GOLF COURSE INC. |
| 4.  DIRECTOR | HIDDEN VALLEY GOLF COURSE INC. |
| 5.  DIRECTOR | PAT MAR CO. INC. |
| 6.  DIRECTOR | PHOENIX CONTRACTING CO. (CORP) |
| 7.  DIRECTOR | WEDGEWOOD GOLF COURSE INC. |
| 8.  DIRECTOR | WILLOW HOLLOW GOLF COURSE INC. |
| 9.  ADJUNCT LAW PROFESSOR | PENNSYLVANIA STATE UNIVERSITY |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **JONES III, JOHN E.** | 05/14/2020 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JONES III, JOHN E.** | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BUNKER HILL GOLF COURSE INC. - FAMILY BUSINESS | | None | O | W | | | | | |
| 2. WILLOW HOLLOW GOLF COURSE INC. - FAMILY BUSINESS | | None | N | W | | | | | |
| 3. WEDGEWOOD GOLF COURSE INC. - FAMILY BUSINESS | D | Distribution | O | W | | | | | |
| 4. HIDDEN VALLEY GOLF COURSE INC. - FAMILY BUSINESS | A | Interest | M | W | | | | | |
| 5. FAIRVIEW GOLF COURSE INC. - FAMILY BUSINESS | | None | N | W | | | | | |
| 6. AUBURN GOLF CAR CO. INC. - FAMILY BUSINESS | | None | K | W | | | | | |
| 7. PARKWAY ANTHRACITE INC. - FAMILY BUSINESS | | None | J | W | | | | | |
| 8. PAT MAR CO. INC. - FAMILY BUSINESS | | None | M | W | | | | | |
| 9. RIVERVIEW BANK - CHECKING | | None | K | T | | | | | |
| 10. LOAN RECEIVABLE - PHOENIX CONTRACTING | C | Interest | M | T | | | | | |
| 11. MRK COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 12. PEPSICO INC. | A | Dividend | K | T | | | | | |
| 13. PFE COMMON STOCK - IRA | A | Dividend | | | Sold | 09/16/19 | K | C | |
| 14. VERIZON - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 15. WELLS FARGO & CO - NEW - IRA | A | Dividend | K | T | | | | | |
| 16. INTEL CORP - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 17. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | L | T | Sold (part) | 04/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 19. PHOENIX CONTRACTING - FAMILY BUSINESS | | None | J | W | | | | | |
| 20. AT&T INC - IRA | A | Dividend | K | T | | | | | |
| 21. JOHNSON AND JOHNSON - JNJ - IRA | A | Dividend | K | T | | | | | |
| 22. ABBVIE INC - IRA | B | Dividend | K | T | | | | | |
| 23. AMGEN - IRA | A | Dividend | K | T | | | | | |
| 24. APPLE INC - IRA | A | Dividend | L | T | | | | | |
| 25. BLACKROCK INC - IRA | A | Dividend | K | T | Sold (part) | 03/14/19 | J | A | |
| 26. DOW - IRA | A | Dividend | J | T | Sold (part) | 04/04/19 | J | A | |
| 27. DUKE ENERGY - IRA | A | Dividend | | | Sold | 12/20/19 | K | C | |
| 28. JP MORGAN CHASE - IRA | B | Dividend | K | T | | | | | |
| 29. KLA CORP - IRA | A | Dividend | K | T | | | | | |
| 30. NEXTERA ENERGY INC - IRA | A | Dividend | K | T | | | | | |
| 31. TOTAL SA/SPON ADR - IRA | A | Dividend | K | T | | | | | |
| 32. RIVERVIEW BANK - SAVINGS ACCT | A | Interest | K | T | | | | | |
| 33. HOME DEPOT INC - IRA | A | Dividend | K | T | | | | | |
| 34. LYONDELLBASELL IND - IRA | A | Dividend | | | Sold | 07/02/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. OCCIDENTAL PETE - IRA | A | Dividend | | | Sold | 04/22/19 | J | | |
| 36. SUNTRUST BK DEP SWEEP - IRA | A | Interest | M | T | | | | | |
| 37. SUNTRUST BANK SWEEP - IRA 2 | A | Interest | J | T | | | | | |
| 38. SUNTRUST BANK SWEEP - IRA 3 | A | Interest | J | T | | | | | |
| 39. AT&T | A | Dividend | J | T | Sold<br>(part) | 03/12/19 | J | | |
| 40. ABBVIE INC | A | Dividend | J | T | | | | | |
| 41. AMGEN INC | A | Dividend | J | T | Sold<br>(part) | 08/05/19 | J | A | |
| 42. APPLE INC | A | Dividend | J | T | Sold<br>(part) | 06/04/19 | J | B | |
| 43. LYONDELLBASELL INC | A | Dividend | | | Sold | 07/02/19 | J | | |
| 44. BLACKROCK INC | A | Dividend | J | T | Sold<br>(part) | 04/15/19 | J | A | |
| 45. DOW | A | Dividend | J | T | Sold<br>(part) | 04/04/19 | J | | |
| 46. DUKE ENERGY | A | Dividend | | | Sold | 12/20/19 | J | B | |
| 47. HOME DEPOT | A | Dividend | J | T | Sold<br>(part) | 04/05/19 | J | A | |
| 48. INTEL CORP | A | Dividend | J | T | Sold<br>(part) | 04/15/19 | J | A | |
| 49. JP MORGAN CHASE | A | Dividend | J | T | Sold<br>(part) | 04/15/19 | J | B | |
| 50. JOHNSON & JOHNSON | A | Dividend | J | T | Sold<br>(part) | 08/05/19 | J | A | |
| 51. KLA CORP | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. MERCK & CO INC | A | Dividend | J | T | Sold (part) | 08/09/19 | J | B | |
| 53. MICROSOFT CORP | A | Dividend | J | T | Sold (part) | 04/15/19 | J | D | |
| 54. NEXTERA ENERGY | A | Dividend | J | T | Sold (part) | 04/15/19 | J | B | |
| 55. OCCIDENTAL PETROLEUM | A | Dividend | | | Sold | 04/22/19 | J | | |
| 56. PEPSICO INC | A | Dividend | J | T | Sold (part) | 03/12/19 | J | A | |
| 57. PFIZER INC | A | Dividend | | | Sold | 09/19/19 | J | B | |
| 58. TOTAL S.A. SPONS. ADR | A | Dividend | J | T | Sold (part) | 03/12/19 | J | | |
| 59. VERIZON COMM | A | Dividend | J | T | Sold (part) | 03/12/19 | J | A | |
| 60. WELLS FARGO & CO NEW | A | Dividend | J | T | Sold (part) | 04/15/19 | J | | |
| 61. SUNTRUST M/M AK | A | Interest | J | T | | | | | |
| 62. CME GROUP INC | A | Dividend | J | T | Sold (part) | 06/04/19 | J | B | |
| 63. CMS ENERGY | A | Dividend | J | T | Sold (part) | 08/05/19 | J | B | |
| 64. CISCO SYSTEMS | A | Dividend | J | T | Sold (part) | 08/05/19 | J | B | |
| 65. INTERNATIONAL PAPER | A | Dividend | | | Sold | 06/19/19 | J | | |
| 66. INTERNATIONAL PAPER IRA | A | Dividend | | | Sold | 06/19/19 | J | | |
| 67. CME GROUP INC IRA | A | Dividend | K | T | | | | | |
| 68. CMS ENERGY CORP IRA | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  CISCO SYSTEMS IRA | A | Dividend | K | T | | | | | |
| 70.  PRIMAL SPACE SYS INC | | None | L | W | | | | | |
| 71.  EATON CORP PLC IRA | A | Dividend | K | T | | | | | |
| 72.  CHEVRON CORP IRA | A | Dividend | K | T | | | | | |
| 73.  TAPESTRY IRA | A | Dividend | | | Sold | 04/22/19 | J | | |
| 74.  CORNING INC IRA | A | Dividend | J | T | | | | | |
| 75.  CROWN CASTLE INTL IRA | A | Dividend | K | T | | | | | |
| 76.  DIGITAL REALTY TR. IRA | A | Dividend | J | T | Sold<br>(part) | 11/08/19 | J | A | |
| 77.  FT UNIT 5986 HIGH INC. SER 19 IRA | E | Dividend | N | T | Sold<br>(part) | 07/25/19 | K | | |
| 78.  HELMERICH & PAYNE INC. IRA | A | Dividend | | | Sold | 11/08/19 | J | | |
| 79.  GENUINE PARTS CO. IRA | A | Dividend | | | Sold | 05/31/19 | J | | |
| 80.  RAYTHEON IRA | A | Dividend | K | T | | | | | |
| 81.  SCHUMBERGER IRA | A | Dividend | J | T | | | | | |
| 82.  3 M COMPANY IRA | A | Dividend | J | T | | | | | |
| 83.  EATON CORP PLC | A | Dividend | J | T | | | | | |
| 84.  TAPESTRY | A | Dividend | | | Sold | 04/22/19 | J | | |
| 85.  CORNING INC. | A | Dividend | J | T | Sold<br>(part) | 03/12/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CROWN CASTLE INTL | A | Dividend | J | T | Sold (part) | 03/12/19 | J | A | |
| 87. DIGITAL REALTY TR INC. | A | Dividend | J | T | Sold (part) | 03/12/19 | J | A | |
| 88. GENUINE PARTS CO. | A | Dividend | | | Sold | 05/31/19 | J | A | |
| 89. HELMERICH & PAYNE | A | Dividend | | | Sold | 11/08/19 | J | | |
| 90. RAYTHEON CORP. | A | Dividend | J | T | Sold (part) | 03/12/19 | J | A | |
| 91. SCHLUMBERGER LTD. | A | Dividend | J | T | | | | | |
| 92. 3 M COMPANY | A | Dividend | J | T | | | | | |
| 93. CONTINUOUS PRECISION MEDICINE INC. | | None | J | W | | | | | |
| 94. MERRILL LYNCH CMA A/C | A | Dividend | J | T | | | | | |
| 95. CHEVRON CORP. | A | Dividend | J | T | Sold (part) | 11/08/19 | J | | |
| 96. DELTA AIRLINES | A | Dividend | | | Sold | 04/10/19 | J | A | |
| 97. DELTA AIRLINES IRA | A | Dividend | | | Sold | 04/10/19 | J | B | |
| 98. US BANCORP DEL | A | Dividend | J | T | Sold (part) | 03/12/19 | J | | |
| 99. UNION PACIFIC | A | Dividend | J | T | Sold (part) | 08/05/19 | J | B | |
| 100. AB LARGE CAP GROWTH - ML | A | Dividend | J | T | | | | | |
| 101. ISHARES CORE S&P MID - CORP | A | Dividend | J | T | | | | | |
| 102. DEVON ENERGY CORP - ML | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. VANGUARD IDX S&P 500 IRA (2) | A | Dividend | K | T | Buy<br>(add'l) | 10/03/19 | J | | |
| 104. ISHARES CORE S&P 500 ETF - IRA (3) | A | Dividend | K | T | Sold<br>(part) | 11/25/19 | J | A | |
| 105. ISHARES CORE MSCI EMERGING - IRA<br>(3) | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 106. ISHARES SELECT IRA (3) | A | Dividend | | | Sold | 06/03/19 | J | A | |
| 107. ISHARES TR EAFE SML CP IRA (3) | A | Dividend | J | T | Buy<br>(add'l) | 12/16/19 | J | | |
| 108. ISHARES TR RUS MID CAP IRA (3) | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 109. ISHARES TR CORE MSCI EAFE IRA (3) | A | Dividend | J | T | Sold<br>(part) | 12/16/19 | J | A | |
| 110. ISHARES TR IBOXX HI YD ETF IRA (3) | A | Dividend | J | T | Buy | 06/03/19 | J | | |
| 111. ISHARES TR MBS IRA (3) | A | Dividend | J | T | Sold<br>(part) | 06/03/19 | J | A | |
| 112. ISHARES TR US TREAS BD IRA (3) | A | Dividend | J | T | Sold<br>(part) | 06/03/19 | J | A | |
| 113. POWERSHARES EXCHANGE TRADED<br>TR II IRA (3) | A | Dividend | | | Sold | 02/04/19 | J | A | |
| 114. UNITED PARCEL SERVICES | A | Dividend | J | T | | | | | |
| 115. BROADCOM INC | A | Dividend | J | T | Sold<br>(part) | 03/12/19 | J | | |
| 116. SYSCO CORP | A | Dividend | J | T | Buy<br>(add'l) | 05/31/19 | J | | |
| 117. BROADCOM INC IRA | B | Dividend | K | T | Sold<br>(part) | 03/14/19 | J | | |
| 118. CV SCIENCES INC IRA | | None | J | T | | | | | |
| 119. SYSCO CORP IRA | A | Dividend | J | T | Sold<br>(part) | 11/08/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  UNION PACIFIC IRA | A | Dividend | K | T | | | | | |
| 121.  UNITED PARCEL SERVICES IRA | A | Dividend | J | T | | | | | |
| 122.  U.S. BONCORP DEL IRA | A | Dividend | K | T | | | | | |
| 123.  FIRST TR LGE CAP CORE ALPHA IRA | A | Dividend | | | Sold | 03/14/19 | L | C | |
| 124.  VANGUARD SM CAP VALUE IRA-2 | A | Dividend | J | T | | | | | |
| 125.  DFA TX MGT U.S. MKTW IRA-2 | A | Dividend | | | Sold | 10/03/19 | J | | |
| 126.  DFA U.S. LG CAP IRA-2 | A | Dividend | | | Sold | 10/03/19 | J | | |
| 127.  LORD ABBETT FL RATE IRA-2 | A | Dividend | J | T | Sold (part) | 10/03/19 | J | | |
| 128.  FIRST TRUST NASDAQ 100 TECH IRA-2 | A | Dividend | J | T | Sold (part) | 09/05/19 | J | A | |
| 129.  INVESCO ETF TR II IRA-2 | A | Dividend | J | T | Sold (part) | 10/03/19 | J | | |
| 130.  ISHARES TIPS BOND ETF IRA-2 | A | Dividend | K | T | Sold (part) | 06/05/19 | J | A | |
| 131.  VANGUARD BD INDEX ST IRA-2 | A | Dividend | K | T | Sold (part) | 06/05/19 | J | A | |
| 132.  VANGUARD HEALTHCARE IRA-2 | A | Dividend | J | T | Sold (part) | 11/25/19 | J | A | |
| 133.  VANGUARD INT'L EQ INDEX FG IRA-2 | A | Dividend | J | T | | | | | |
| 134.  I SHARES MSCI JPN IRA (3) | A | Dividend | | | Sold | 06/03/19 | J | | |
| 135.  CORTEVA INC. | A | Dividend | J | T | Spinoff (from line 45) | 06/05/19 | J | | |
| 136.  AMERICAN ELECTRIC POWER | | None | J | T | Buy | 12/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  BOEING | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 138.  BOEING | A | Dividend | | | Sold<br>(part) | 11/08/19 | J | | |
| 139.  COMCAST CORP. NEW | A | Dividend | J | T | Buy | 04/08/19 | J | | |
| 140.  DUPONT DE NEMOURS | A | Dividend | J | T | Spinoff<br>(from line 45) | 04/01/19 | J | | |
| 141.  DUPONT DE NEMOURS | A | Dividend | | | Sold<br>(part) | 11/08/19 | J | | |
| 142.  HONEYWELL | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 143.  OUTFRONT MEDIA INC. | A | Dividend | J | T | Buy | 11/08/19 | J | | |
| 144.  NOVORTIS A G SPON SARAT ADR | A | Dividend | J | T | Buy | 09/16/19 | J | | |
| 145.  TARGET | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 146.  AMERICAN ELECTRIC POWER - IRA | | None | K | T | Buy | 12/20/19 | K | | |
| 147.  BOEING - IRA | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 148.  COMCAST CORP. NEW - IRA | A | Dividend | J | T | Buy | 04/08/19 | J | | |
| 149.  CORTEVA - IRA | A | Dividend | J | T | Spinoff<br>(from line 26) | 06/05/19 | J | | |
| 150.  CORTEVA - IRA | A | Dividend | | | Sold<br>(part) | 06/05/19 | J | A | |
| 151.  DUPONT DE NEMOURS - IRA | A | Dividend | J | T | Spinoff<br>(from line 26) | 04/01/19 | J | | |
| 152.  DUPONT DE NEMOURS - IRA | A | Dividend | | | Sold<br>(part) | 06/03/19 | J | A | |
| 153.  HONEYWELL - IRA | A | Dividend | J | T | Buy | 06/19/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. NOVARTIS A G SPONSORED ADR - IRA | A | Dividend | K | T | Buy | 09/16/19 | K | | |
| 155. OUTFRONT MEDIA INC. - IRA | A | Dividend | J | T | Buy | 11/08/19 | J | | |
| 156. TARGET - IRA | A | Dividend | K | T | Buy | 04/22/19 | K | | |
| 157. TARGET - IRA | A | Dividend | | | Sold (part) | 11/08/19 | J | A | |
| 158. ISHARES TR CORE DIV. GROWTH - IRA (3) | A | Dividend | J | T | Buy | 06/03/19 | J | | |
| 159. ISHARES TR USD INV. GRADE - IRA (3) | A | Dividend | J | T | Buy | 02/04/19 | J | | |
| 160. VANGUARD INDEX FUNDS S&P 500 - IRA (4) | A | Dividend | K | T | Buy | 06/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JONES III, JOHN E.** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - NAME CHANGE:
DUPONT SPINOFF CORTEVA IN JUNE 2019.
DOWDUPONT SEPERATED INTO DOW AND DUPONT IN APRIL 2019.

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ JOHN E. JONES III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544